# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BAHAA BOKTOR**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY**, a foreign company,<br><br>　　　　Defendant. | Case No. 3:24-cv-00996-IM<br><br>**ORDER OF DISMISSAL** |

**IMMERGUT, District Judge.**

The Court has been informed by counsel for the parties that this action has been fully settled between them. The parties have stipulated and agreed that this action may be dismissed with prejudice. ECF 10. This action is hereby dismissed with prejudice and without attorney fees and costs.

**IT IS SO ORDERED.**

DATED this 25th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　Karin J. Immergut

PAGE 1 – ORDER

United States District Judge

PAGE 2 – ORDER